## Elisabeth P. Mills, Appellee, v. William Susanka, Appellant.

Gen. No. 43,254.

opinion filed April 2, 1947; rehearing denied April 25, 1947; released for publication April 25, 1947. Ode L. Rankin, for appellant; Bradburn & Dammann, for appellee; Edmund G. Pabst, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.